UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE ELIZABETH BRIDGES,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW SAUL, Commissioner<br>of Social Security,<br><br>  Defendant. | Case No. CV 18-10538-JPR<br><br>**J U D G M E N T** |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED that (1) Plaintiff's request for an order reversing the Commissioner's decision and awarding benefits or remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment be entered in the Commissioner's favor.

DATED: November 21, 2019  _____
JEAN ROSENBLUTH
U.S. Magistrate Judge